# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
April 10, 2012

Lyle W. Cayce
Clerk

No. 11-20885
Summary Calendar

GEORGE D. LABLANCHE, III,

Plaintiff-Appellant,

versus

PRAIRIE VIEW A&M UNIVERSITY,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Texas
No. 4:11-CV-3828

Before REAVLEY, SMITH, and PRADO, Circuit Judges.

PER CURIAM:[*]

George LaBlanche, III, sued Prairie View A&M University for retaliation under the Texas Commission on Human Rights Act. The district court dismissed

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

without prejudice because LaBlanche had not provided evidence that he had exhausted administrative remedies by complaining to the Texas Commission on Human Rights. The court also barred LaBlanche from further civil actions without paying the filing fees and obtaining permission.

On appeal, LaBlanche, *pro se*, attempts to show exhaustion by attaching a copy of an order of the Texas Workforce Commission granting unemployment benefits. That does not satisfy his obligation to exhaust his administrative remedies in regard to a claim of retaliation.

The district court acted properly, and the judgment is AFFIRMED.